UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(ALEXANDRIA DIVISION)

| | | |
|---|---|---|
| BRADLEY CHRISTOPHER KAHL, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No.  1:13-cv-00007-LO-IDD |
| Plaintiff, | ) ) ) | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| vs. | ) ) | |
| ELOQUA, INC., JOSEPH P. PAYNE, NEAL DEMPSEY, STEPHEN M. SWAD, BRADFORD D. WOLOSON, BYRON B. DEETER, JOHN J. MCDONNELL, JR., THOMAS REILLY, OC ACQUISITION LLC, ESPERANZA ACQUISITION CORPORATION, and ORACLE CORPORATION, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Bradley Christopher Kahl respectfully files this notice of voluntary dismissal without prejudice.  No answer or motion for summary judgment has been filed in this case.

DATED:  January  10, 2013

CUNEO GILBERT & LADUCA, LLP
ROBERT J. CYNKAR (VSB # 23349)
DANIEL COHEN (VSB # 79836)


/s/ Daniel Cohen

106-A South Columbus Street
Alexandria, VA  22314
Telephone:  202/789-3960
202/789-1813 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON
CULLIN A. O'BRIEN
MARK J. DEARMAN
CHRISTOPHER C. MARTINS
120 East Palmetto Park Rd., Suite 500
Boca Raton, FL  33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL BARRON
DAVID WISSBROECKER
RICK ATWOOD
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

`                              CERTIFICATE OF SERVICE

I, Daniel M. Cohen certify that on January 10, 2013, I electronically filed the foregoing notice of
voluntary dismissal without prejudice with the Clerk of the U.S. District Court for the Eastern
District of Virginia using the CM/ECF system which will in turn send a notice of this electronic
filing to all counsel.

                              /s/ Daniel M. Cohen
                              Daniel M. Cohen
                              Cuneo Gilbert & LaDuca, LLP
                              106-A S Columbus Street
                              Alexandria, VA  22314
                              Telephone:  (202) 789-3960
                              Facsimile:   (202) 789-1813